Case 3:24-cv-00556-TSL-MTP    Document 15-1    Filed 01/02/25    Page 1 of 12

CLOSED



# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds County Court - Jackson)
## CRIMINAL DOCKET FOR CASE #: 25CO1:23-cr-01512-JM-1

Case title: State of Mississippi v. BROWN

Date Filed: 10/18/2023
Date Terminated: 01/05/2024

Assigned to: Johnnie McDaniels

---

### Defendant (1)

**JOSHUA BROWN**
*WEAPON POSS SCHOOL PROPERITY;*
*MURDER*
*TERMINATED: 01/05/2024*

[View Bond Info](#)

**Upcoming Settings:**
None Found

represented by **Donald W. Medley**
Medley Law Group
902 West Pine Street
HATTIESBURG, MS 39401
601-544-8110
Fax: 601-544-8158
Email: don@medleylawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Counts

(1) - 97-3-19(1).F - Crimes Against Person:
Murder
    Offense Date: None Found

(2) - 97-37-17(2).F - Weapon/Explosives: illegal
on educational property
    Offense Date: None Found

### Count Action

**Sentencing Detail**: DISMISSED,

---

### Plaintiff

**State of Mississippi**

| Date Filed | # | Clear | Sort Order | Docket Text |
|---|---|---|---|---|
| 10/18/2023 | 1 | ☐ (4 pages) | | AFF-WAR as to JOSHUA BROWN. Signed by JUSTICE COURT JUDGE on 10/18/2023. (LFM) (Entered: 10/18/2023) |
| 10/18/2023 | | | | Counts added: JOSHUA BROWN (1) Count 1: Crimes Against Person: Murder (LFM) (Entered: 01/05/2024) |
| 10/18/2023 | | | | Counts added: JOSHUA BROWN (1) Count 2: Weapon/Explosives: illegal on educational property (LFM) (Entered: 01/05/2024) |
| 11/03/2023 | 2 | ☐ (4 pages) | | MOTION for Hearing *Preliminary or, in the Alternative*, MOTION for Bond by JOSHUA BROWN. (Medley, Donald) (Entered: 11/03/2023) |
| 11/13/2023 | 3 | ☐ (2 pages) | | MOTION to Continue by JOSHUA BROWN. (Medley, Donald) (Entered: 11/13/2023) |
| 01/05/2024 | 4 | ☐ (1 page ) | | ORDER of Dismissal as to JOSHUA BROWN, DISMISSED,. Signed by James D. Bell on 12/01/2023. (LFM) (Entered: 01/05/2024) |

**Selected Pages: 0**

# GENERAL AFFIDAVIT

**Murder**[MS Code 97-3-19(1)]
CASE NO. 2023000537

**FILED**

**OCT 18 2023**

ZACK WALLACE, CIRCUIT CLERK

BY_____D.C.

STATE OF MISSISSIPPI
COUNTY OF HINDS

BEFORE THE UNDERSIGNED, a Judge of Hinds County,

Judicial District, State of Mississippi, Terrence Jackson makes the affidavit that

<u>Joshua Brown</u>

B/M SSN: ███████████████████████

BEFORE THE UNDERSIGNED, a Judge of the County Court of Hinds County Judicial District, State of Mississippi, makes affidavit that on or about the 15th day of October 2023 within the Judicial District, County and State did willfully, unlawfully and feloniously at 1400 John R Lynch St. without authority of law and of his malicious aforethought with deliberate design to effect death, kill and murder Jaylen Burns, a human being, by shooting him with a handgun as defined by section 97-3-19(1) of the Mississippi code , against the peace and dignity of Mississippi.

_____
Affiant

Sworn to and subscribed before me 18th this day of Oct 20 23

_____
Judge



**FILED**

OCT 18 2023

# BENCH WARRANT

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.

Case No: 2023000537

---

**THE STATE OF MISSISSIPPI**

TO THE SHERIFF OF HINDS COUNTY, MISSISSIPPI — GREETINGS:

We command you to take the body of Joshua Brown
B/M SSN: ███████████████████████████████████

if to be found in your county, and him safely keep, so that you have his body before the County Court of Hinds County, in said State, to be held at the Court House thereof in the City of Jackson then and there to answer unto the State of Mississippi on a charge of:

(Murder)  [97-3-19(1)]

by Affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner you have executed the same.

Given under my hand and seal, and issued this the 18th day of Oct 20 23

_____ Court Judge
Hinds County, MS

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Executed and in custody this _____
Day of _____, 20_____
Tyree Jones, Sheriff

BY _____ D.S.

**FILED**

OCT 18 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.

# GENERAL AFFIDAVIT

## Weapons, Possession on School Property [MS Code 97-37-17(A)(1)]
### CASE NO. 2023000537

STATE OF MISSISSIPPI
COUNTY OF HINDS

BEFORE THE UNDERSIGNED, a Judge of Hinds County,

Judicial District, State of Mississippi, Terrence Jackson makes the affidavit that

<u>Joshua Brown</u>

B/M SSN: ██████████████████████

BEFORE THE UNDERSIGNED, a Judge of the County Court of Hinds County Judicial District, State of Mississippi, makes affidavit that on or about the 15th day of October 2023 within the Judicial District, County and State did willfully, unlawfully and feloniously possess or carry a black and silver 9mm semi-automatic handgun on educational property as defined by Section 97-37-17 of the Mississippi Code a gun in violation of MS Code 97-37-17(A)(1) against the peace and dignity of Mississippi.

_____
Affiant

Sworn to and subscribed before me, 18th this day of Oct 20 23

_____ Judge

FILED

OCT 18 2023

ZACK WALLACE, CIRCUIT CLERK

BY_____D.C.

# BENCH WARRANT

Case No: 2023000537

**THE STATE OF MISSISSIPPI**

TO THE SHERIFF OF HINDS COUNTY, MISSISSIPPI — GREETINGS:

We command you to take the body of Joshua Brown

B/M SSN: ███████████████████

if to be found in your county, and him safely keep, so that you have his body before the County Court of Hinds County, in said State, to be held at the Court House thereof in the City of Jackson then and there to answer unto the State of Mississippi on a charge of:

Weapon Possession on School Property (97-37-17)(A)(1)

by Affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner you have executed the same.

Given under my hand and seal, and issued this the 18th day of Oct 20 23

_____ Court Judge
Hinds County, MS

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Executed and in custody this _____
Day of _____, 20_____
Tyree Jones, Sheriff

BY _____ D.S.

**IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI                                                    PLAINTIFF

VERSUS                                                    CAUSE NO. 2023-cr-1512-JM-1

JOSHUA BROWN                                                    DEFENDANT

**MOTION FOR PRELIMINARY HEARING
OR, IN THE ALTERNATIVE, TO SET REASONABLE BOND**

COMES NOW Joshua Brown, Defendant, by and through his attorney of record, Donald W. Medley, in the above styled case, and file this motion for a preliminary hearing and for grounds shows the following:

1.      Defendant was arrested on or about October 19, 2023, and charged with Weapon Possession on School Property and Murder.

2.      At no time has the defendant ever been afforded the opportunity to confront his accusers as required by the 6th Amendment to the United States Constitution and Section 26 of the Mississippi Constitution, nor has he been fully informed as to the circumstances surrounding the alleged crime for which he is charged.

3.      There has never been a proper determination of probable cause to determine if the defendant is involved in any alleged crime that may have been committed.

4.      It is necessary that the defendant and the defendant's attorney and the Court have certain information as to the crime allegedly committed in order to properly review this case; without such information and without a preliminary hearing, neither the defendant nor the defendant's attorney can, in any respect, prepare a defense for the defendant which will cause the defendant to be prejudiced.

5.      Defendant would further show that at no time has he knowingly, understandably, and intelligently waived his constitutional right to a preliminary hearing on these charges and that there is no possible way whatsoever for the defendant to have a fair trial or prepare a proper defense without a preliminary hearing being granted.

6.      In the event the Court determines probable cause exists, then in such event the Defendant asks this Court to set a reasonable bond.  Pursuant to the Eighth Amendment of the United States Constitution, the Defendant is entitled to a reasonable bond.  This right is also granted by the Mississippi Constitution. See Miss. Const., Art. 3 Section 29. Accordingly, the purpose of bail is to secure the Defendant's presence at trial.  *Lee v. Lawson,* 375 So. 2d 1019, 1021 (Miss. 1979).

7.      The Court has established several factors to consider when setting bail. See *Ex Parte Dennis*, 334 So. 2d 369, 371 (Miss. 1976). Those factors are: (1) the seriousness of the crime charged against the Defendant; (2) the extent of the punishment prescribed by the legislature; (3) the Defendant's criminal record if any and previous record on bail if any; (4) his reputation and mental condition; (5) the length of his residence in the community; (6) his family ties and relationships; (7) employment status, employment record and his financial condition; (8) the identity of responsible members of the community who would vouch for Defendant's reliability and (9) any other factors indicating defendant's mode of life, or ties to the community bearing on the risk of failure to appear.

8.      The Defendant is fully aware that the pending charges against him are serious, however, at the trial of this matter, facts will be presented to the Court proving that it was physically impossible for him to be involved in this matter.

9.      The Defendant is currently incarcerated.

10.      Defendant, supported by family as well as other members of the community, all assure this Court he will appear at any time this Court orders him to so do.

WHEREFORE, PREMISES CONSIDERED, Defendant requests this Court to conduct a preliminary hearing on the charges against him. At the conclusion of the preliminary hearing Defendant asks this Court to discharge him from custody. In the event the Court determines that probable cause exists then, in such event the Defendant asks this Court to set a reasonable bond.

This the 3rd day of November, 2023.

Respectfully submitted,


BY:    */s/ Donald W. Medley*          
       Donald W. Medley
       Attorney for Joshua Brown

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or document with

the Clerk of the Court using the MEC system which sends notification of such filing to all registered

attorneys identified in the system.

This the 3rd day of November, 2023.

_/s/ Donald W. Medley_
Donald W. Medley
Attorney for Joshua Brown

Donald W. Medley
MS Bar #2832
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
Tel:  601-544-8110
Fax:  601-544-8158
don@medleylawgroup.com

## IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**                                                                          **PLAINTIFF**

**VERSUS**                                                              **CAUSE NO. 2023-cr-1512-JM-1**

**JOSHUA BROWN**                                                                                **DEFENDANT**

### MOTION FOR CONTINUANCE

COMES NOW the Defendant, Joshua Brown, by and through the undersigned counsel, and moves the Court for an Order continuing preliminary hearing of this cause until a date certain and as grounds shows the following:

1.      This matter is currently set for hearing on November 13, 2023.

2.      Undersigned counsel is unavailable.

3.      The State will suffer no prejudice if Defendant is granted a continuance.

4.      This Motion for Continuance is not made for the purpose of delay but to enable the Defendant to properly prepare defense to the charges pending against him.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant the continuance in the above styled case for a date to be set by the Court.

Respectfully submitted, this the 13th day of November, 2023.

*/s/ Donald W. Medley*
Donald W. Medley
Attorney for Joshua Brown

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing pleading or document with the Clerk of the Court using the MEC system which sends notification of such filing to all registered attorneys identified in the system.

This the 13th day of November, 2023.

/s/ Donald W. Medley
Donald W. Medley
Attorney for Joshua Brown

Donald W. Medley
MS Bar #2832
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
Tel:  601-544-8110
Fax:  601-544-8158
don@medleylawgroup.com

IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                    PLAINTIFF

vs.                                          CAUSE NO.: 23-cr-01514

JOSHUA BROWN                                           DEFENDANT

ORDER OF DISMISSAL

This matter having come before the Court for a Preliminary Hearing on November 10, 2023 ~~223~~, and the Court having been advised by the Detective on the case that the charges of murder and possession of a weapon on school property had been N/A'd, and the State not proceeding with a preliminary hearing and the Defendant, Joshua Brown, being ordered to be released immediately from the Custody of the Hinds County Jail;

This Court finds that the charges of murder and possession of a weapon on school property against the Defendant, Joshua Brown should be dismissed for the foregoing reasons in the above cause. The state preserves the right to present the case to the Grand Jury if they discover more evidence.

IT IS ORDERED that the above styled and numbered cause be, and the same hereby is dismissed.

ORDERED AND ADJUDGED this the __/__ day of December, 2023.

COUNTY COURT JUDGE
SPECIAL APPOINTED