

PLAINTIFF'S
EXHIBIT

E
_____

# JSU DEPT. OF PUBLIC SAFETY

Case Number:    2023000537

Report Date/Time: 10/15/2023 22:42:48

Report Address:    UNIVERSITY POINTE

JACKSON MS 392170000

Officer Name:    No Assigned Officer

Run Date/Time:    11/02/2023 15:01:16

Printed By:    JACKSON, TERRENCE

Officer: _____

Supervisor: _____

# JSU DEPT. OF PUBLIC SAFETY
## Incident Report

PRINT DATE: 11/02/2023      **NUMBER: 2023000537**      Page 1

Received: 10/15/2023  22:42    Incident No: 2023000537      Signal: MURDER
Dispatched: 10/15/2023  22:45     Location: UNIVERSITY POINTE JACKSON
Enroute:      Occurrence:  10/15/2023  22:42
Arrived: 10/15/2023  23:09    X Coordinate:  Y Coordinate:
Completed: 10/16/2023  00:08
Status Date/Time: 10/16/2023 04:40  Status: PENDING      Clearance:

## ********** COMPLAINANT(S) *********

ID # 2023000479      BURNS, JALEN      Home/Business
     , JACKSON MS 0000      ▉
     TYPE OF INDIVIDUAL  I      (601)
     (601)

## ********** OFFENDER **********

ID # 2022000434      UNKNOWN,      Home/Business
     , UNKNOWN  000000000
     TYPE OF INDIVIDUAL  U      (601)
     (601)

DOB: / /    AGE: 0   +/-00   RACE:U      SEX:U      Height: 0- 0   Weight: 0   SSN: 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
OLN:      State: MS Class:    Commercial:    Birth City/State:
Appearance:      Build:      Complexion:      Ethnicity:U      Eyes:XXX
Hair: XXX      Hair Length:      Hair Style:      Resident: R      M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED:      CLOTHING:

OFFENDER USED:  NOT APPLICABLE

**OFFENSE**    1    OFFENSE (RS #)  97-3-19      ATTEMPTED: **NO**    UCR Code:  09A
     MURDER

Bias Motivation 1:      UNKNOWN

Offense Connected to Victim Sequence Number:      1  BURNS, JALEN

## ********** VICTIM(S) *********

ID # 2023000479      BURNS, JALEN      Home/Business
     , JACKSON MS 0000      ▉
     TYPE OF INDIVIDUAL  I      (601)
     (601)

DOB: ▉    AGE: ▉   +/-00   RACE ▉      SEX ▉      Height: 0- 0   Weight: 0   SSN: ▉
OLN:      State: MS Class:    Commercial:    Birth City/State:
Appearance:      Build:      Complexion:      Ethnicity ▉      Eyes ▉
Hair: ▉      Hair Length:      Hair Style:      Resident: R      M.O.:
EMPLOYER:

INJURY TYPE(S): ☐ None ☐ Broken Bones ☐ Internal ☐ Lacerations ☐ Minor ☐ Major ☐ Teeth ☐ Unconscious

# JSU DEPT. OF PUBLIC SAFETY
## Incident Report

PRINT DATE: 11/02/2023      **NUMBER: 2023000537**      Page 2

********** **PROPERTY** **********

Property ID#: 2023000203      Type: 59      FIREARM ACCESSORIES
     Connected With (Party, Offense):      1 MURDER
     Serial/VIN:      Year:    Make:    Model:    Color:
     Style:    License\State\Exp:    ☐ Locked    ☐ Keys    Value:    $0.00
     Insurance:      Lien:      Towed By:
     Owner:    Owner ID#:    Caliber: 9    ☐ Registered
     Reported Stolen ID#:    Returned/Sold - Date/Amount:    0.00
     Notes: 2 9mm Shell Casings
     Status: 5    RECOVERED    Agency: JSUDPS    Value:   0.00    Quantity:   0.00
     Status Date/Time: 10/16/2023   02:21   Location: UNIVERSITY POINT BUILDING 1000
     Comments:

***** **ASSISTING OFFICER** *****

BRIDGEMAN, RICHARD
KITCHENS, ZERIAL

***** **ASSISTING DETECTIVE(S)** *****

JACKSON, TERRANCE

***** **DISPATCHER(S)** *****

EASTERLING, TIAMARIYA

***** **CALL RECEIVED BY** *****

EASTERLING, TIAMARIYA

***** **SUPERVISOR(S)** *****

NJUAKOM, FERDINAND
STANTON, ERIC

***** **CONCERNED ADULT(S)** *****

█████████
█████████

# JSU DEPT. OF PUBLIC SAFETY
## Incident Report

PRINT DATE: 11/02/2023     **NUMBER: 2023000537**     Page 4

Agency: JSUDPS     Author: BRIDGEMAN, RICHARD
Incident No: 2023000537     Title: MURDER     Report Type: S
Date Entered: 10/16/2023

On Monday, October 15,2023 at approximately 2144 I, Officer R. Bridgeman (B5) was dispatched to University Point apartments complex building 800 on the college campus of Jackson State University in reference to shots fired.

Upon arrival, I observed the area and did not notice anything unusual. I spoke with a JSU student, ██████ (██████████████████). Ms. ████ stated that she was in the parking lot for a couple of hours and did not hear any gunshots. I also spoke with other bystanders who stated they did not hear any gunshots or saw anything.

While canvassing the area we received a call from Jackson Police Department stating that a student was shot on the campus of Jackson State University precisely University Point Apartment complex. I met with JPD at the intersection of Arbor Vista Blvd and John R. Lynch St. where they had a crime scene established. LT. Njuakom was also on scene and gathered information. Shortly after arriving I received a call to assist Officer Cole with a fight at University Point apartments. Upon arrival, the area was calm and no sign of any fight as alleged.

The Concerned JSU students ██████████ and ██████████ attempted to take victim to the hospital but did not know where the hospital was located. They ended up arriving at Arbor Vista Blvd where they met with AMR. AMR transported victim to UMMC Hospital.

██████████████████████████████████████████████████ State capitol Police and Jackson Police department responded to this incident.

Agency: JSUDPS          Incident No: 2023000537

Author:

Entered Date/Time: 11/06/2023  8:00      Report Type/Sequence: S   10

### Title:  MURDER INVESTIGATIVE REPORT

On October 15,2023, Jackson State University Department of Public safety was dispatched to 1400 John R. Lynch University Point Apartments in reference to an shooting intent.

Upon arrivl Officers were informed that a black male identified as Jaylen Burns had been shot and was being transported by private vehicle.

The driver and Mr. Burns made contact with Officers of  Jackson Police Department at the intersection of John R. Lynch and Alta Vista Blvd. Mr Burns was transported to UMMC Hospital where he succumbed to his injuries.

This investigation discovered that the incident started with a verbal then physical altacation then ended with gunfire to which Mr. Burns was shot.

Several arrrest have been made based on evidence recovered in this investigation.

This is an ongoing investigation where information is still being gathered and other arrest to follow.