

**PLAINTIFF'S EXHIBIT A**

# AFFIDAVIT

**STATE OF MISSISSIPPI**
**COUNTY OF MADISON**

The undersigned, after being duly sworn, states as follows:

1. I am the attorney for the Plaintiff and have personal knowledge of the facts set forth in this affidavit.

2. Pursuant to Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure, Defendant Alpha Phi Alpha Fraternity, Inc. Delta Phi Chapter was duly served with a Summons and a copy of Plaintiff's First Amended Complaint on January 19, 2025.

4. More than twenty-one days have passed since service of the Summons and First Amended Complaint upon the Defendant.

5. The above-named Defendant has failed to plead or otherwise defend Plaintiff's First Amended Complaint. The above-named Defendant has failed to serve a copy of any lawful answer or defense upon the attorneys for the Plaintiff within the time provided by law.

6. This Affidavit has been executed in accordance with Rule 55 of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain the Clerk's Entry of Default against the above-named Defendant for its failure to plead or otherwise defend Plaintiff's First Amended Complaint.

_____
Vicki L. Gilliam

Sworn to and subscribed before me this the 12th day of 2025.

_____
Notary Public

(Seal)
NOTARY PUBLIC
Madison County
Commission Expires
June 12, 2027
COMMISSION NUMBER 128089
STATE OF MISSISSIPPI
WILLIAM SHIELDS