IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY BROWN, AS NATURAL MOTHER AND NEXT FRIEND OF JOSHUA BROWN, A MINOR | PLAINTIFF |
| v. | CASE NUMBER 3:24-cv-556 TSL-MTP |
| CITY OF JACKSON, MISSISSIPPI AND ALPHA PHI ALPHA FRATERNITY, DELTA PHI CHAPTER ET AL | DEFENDANTS |

## CLERK'S ENTRY OF DEFAULT

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendant Alpha Phi Alpha Fraternity, Delta Phi Chapter is in default for their failure to timely file an answer or otherwise respond to the First Amended Complaint [15], as reflected in the records of this office.

SO ENTERED this the 13th day of February 2025.

**ARTHUR JOHNSTON, CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



By: _____, Clerk