```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION


SHIRLEY BROWN, AS NATURAL MOTHER AND
NEXT FRIEND OF JOSHUA BROWN, A MINOR                      PLAINTIFF

VS.                             CIVIL ACTION NO. 3:24-cv-556-TSL-MTP

THE CITY OF JACKSON, MISSISSIPPI;
CHIEF JOSEPH WADE, IN HIS INDIVIDUAL
CAPACITY AS CHIEF OF POLICE OF THE
CITY OF JACKSON; HINDS COUNTY, MISSISSIPPI;
SHERIFF TYREE JONES, IN HIS INDIVIDUAL
CAPACITY AS SHERIFF OF HINDS COUNTY;
DR. ELAYNE HAYES ANTHONY, IN HER
INDIVIDUAL CAPACITY AS PRESIDENT OF
JACKSON STATE UNIVERSITY; HERMAN
HORTON, IN HIS INDIVIDUAL CAPACITY
AS CHIEF OF POLICE OF JACKSON STATE
UNIVERSITY; TERRANCE JACKSON, IN HIS
INDIVIDUAL CAPACITY AS DETECTIVE AND
OFFICER OF JACKSON STATE UNIVERSITY;
ALPHA PHI ALPHA FRATERNITY, DELTA PHI CHAPTER;
AND AS-YET UNKNOWN PERSON(S) OR ENTITIES              DEFENDANTS
```

ORDER

This cause is before the court sua sponte for consideration of substitution of Joshua Brown as plaintiff herein.

In her response to the motion to dismiss filed in this case by the City of Jackson and Jackson Police Chief Joseph Wade, plaintiff Shirley Brown, who filed this action as mother and next friend of Joshua Brown, states that Joshua Brown has recently reached the age of majority. That being the case, then it follows that Shirley Brown no longer has standing to pursue claims on her son's behalf. See Stephenson v. McClelland, 632

F. App'x 177, 181 (5th Cir. 2015) (holding that parents lose standing to bring claims on their child's behalf after the child reaches age of majority). Therefore, Joshua Brown should be substituted as plaintiff if he desires to pursue the claims herein. See Dalton v. Town of Silver City, Civ. No. 17-1143 WJ/GBW, 2022 WL 2106247, at *1 (D.N.M. June 10, 2022) (holding that "[w]hen a minor plaintiff reaches the age of majority, it is appropriate for the Court to order substitution of the formerly-minor plaintiff's name for that of a next friend and add the formerly-minor plaintiff as a plaintiff in the case.").

    Therefore, it is ordered that a motion to substitute Joshua Brown as plaintiff shall be filed within ten days, failing which the case will be dismissed based on plaintiff Shirley Brown's lack of standing.

    SO ORDERED this 7th day of July, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE