AIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSHUA BROWN                                                     PLAINTIFF

V.                                        CIVIL ACTION NO. 3:24-CV-556-TSL-MTP

THE CITY OF JACKSON, MS, ET AL.                                 DEFENDANTS

## NOTICE OF SERVICE

TO:    All Counsel of Record

Notice is given that Defendant Terrence Jackson has served in the above-entitled action

Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff,

Joshua Brown.

Defendant retains the originals of these papers as custodian.

THIS, the 13th day of January 2026.


Respectfully submitted,

**TERRENCE JACKSON**

*/s/ J. Andrew Mauldin*
POPE S. MALLETTE (MB No. 9836)
J. ANDREW MAULDIN (MB No. 104227)
*Attorneys for this Defendant*


OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*pmallette@mayomallette.com*
*dmauldin@mayomallette.com*