**AIN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOSHUA BROWN**                                                             **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:24-CV-556-TSL-MTP**

**THE CITY OF JACKSON, MS, ET AL.**                          **DEFENDANTS**

**NOTICE OF SERVICE**

TO:    All Counsel of Record

Notice is given that Defendant Terrence Jackson has served in the above-entitled action

Defendant's Responses to Plaintiff's First Set of Interrogatories.

Defendant retains the originals of these papers as custodian.

THIS, the 20th day of March 2026.

Respectfully submitted,

**TERRENCE JACKSON**

*/s/ J. Andrew Mauldin*
POPE S. MALLETTE (MB No. 9836)
J. ANDREW MAULDIN (MB No. 104227)
*Attorneys for this Defendant*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*pmallette@mayomallette.com*
*dmauldin@mayomallette.com*