**AIN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOSHUA BROWN**                                                           **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 3:24-CV-556-TSL-MTP**

**THE CITY OF JACKSON, MS, ET AL.**                             **DEFENDANTS**

**NOTICE OF SERVICE**

TO:    All Counsel of Record

Notice is given that Defendant Terrence Jackson has served in the above-entitled action

Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents.

Defendant retains the originals of these papers as custodian.

THIS, the 20th day of March 2026.


Respectfully submitted,

**TERRENCE JACKSON**

*/s/ J. Andrew Mauldin*
POPE S. MALLETTE (MB No. 9836)
J. ANDREW MAULDIN (MB No. 104227)
*Attorneys for this Defendant*


OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
*pmallette@mayomallette.com*
*dmauldin@mayomallette.com*